UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

OUSSEYENOU GUEYE,

Defendant.

26-CR-103 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court and counsel have been notified that the defendant has not been admitted to the District's Young Adult Opportunity Program. The Court's intention at this Thursday's pretrial conference will therefore be to set a prompt trial date, on the premise that trial will last approximately one week. Counsel should come to the conference prepared to discuss potential trial dates.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 19, 2026
       New York, New York